LENA NEWTON, as Administratrix of the Estate of FREDERICK NEWTON, Deceased, Respondent, v. VILLAGE OF ADDISON, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellant to abide the event. Memorandum: The verdict imposing liability upon the defendant rests upon the jury's finding that either or both of the two instructors employed by defendant failed to exercise reasonable care in supervising the activities of the plaintiff's intestate, a boy aged eleven years, and the other children in their charge at the swimming pool when the accident occurred. While the plaintiff's proofs as to defendant's negligence are none too satisfactory we incline to the view that a question of fact was presented for determination by the jury (see *Noseworthy* v. *City of New York*, 298 N. Y. 76). We conclude, however, that the verdict is against the weight of the evidence and that a new trial should be had at which the facts attending the accident may be more fully developed. It should also be pointed out that proof of the physical conditions at the pool, such as the increase in the amount of water in the pool, if any, and the velocity of the current on the day in question, might be factors bearing upon the question of what constituted proper supervision under the circumstances. All concur. (Appeal from a judgment for plaintiff in an action to recover damages for the death of plaintiff's intestate, alleged to have resulted by reason of his drowning in a swimming pool maintained by defendant. The order denies a motion for a new trial.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.

■

In the Matter of the Probate of the Will of BAINBRIDGE COLBY, Deceased. KATHERINE S. DELAFIELD et al., Appellants; ANNE COLBY, Respondent.— Decree affirmed, with costs. Memorandum: While we agree with appellants that the court erred in the exclusion of certain evidence, we reach the conclusion that if it had been received there would not have been sufficient evidence to present questions of fact to the jury on any of the framed issues. All concur. (Appeal from decree admitting the alleged last will of decedent to probate.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.